IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SCOTTIE WHITAKER,

    Petitioner,

vs.                                      CIVIL ACTION NO.: CV213-097

SUZANNE R. HASTINGS, Warden,

    Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner Scottie Whitaker ("Whitaker") filed Objections. Whitaker contends he is actually innocent of his underlying conviction for brandishing a firearm during and in relation to a crime of violence, following the United States Supreme Court's decision in <u>Alleyne v. United States</u>, __ U.S. __, 133 S. Ct. 2151 (June 17, 2013), because the jury did not find that he brandished the firearm. As the Magistrate Judge noted, in order for the Court to entertain a 28 U.S.C. § 2241 petition challenging the legality of a prisoner's detention, despite the bar on successive 28 U.S.C. § 2255 motions, a petitioner must invoke the savings clause. In order to invoke the savings clause, the claim must be based upon a retroactively applicable Supreme Court decision.

Here, Petitioner relies upon <u>Alleyne</u>, which the Supreme Court has not held to retroactively apply on collateral review. Therefore, the savings clause is inapplicable to

AO 72A
(Rev. 8/82)

Whitaker's petition, and his Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Whitaker's 28 U.S.C. § 2241 petition is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

SO ORDERED, this 2ⁿᵈ day of December, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA